08 CIV 6385

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
PACIFIC BULK SHIPPING LTD.,

                Plaintiff,

   - against -

PT DHARMA ROSADI INTERNASIONAL a/k/a
PT DHARMA ROSADI INTERNATIONAL; and
OMEGA NOBLE INTERNATIONAL LTD.,

                Defendants.
----------------------------------------------------------------X

08-Civ. _____
ECF CASE



## DISCLOSURE OF INTERESTED PARTIES
## PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff:

NONE.

Dated: July 16, 2008
       New York, NY

                      The Plaintiff,
                      PACIFIC BULK SHIPPING LTD.

                      By: _____
                      Nancy R. Siegel
                      Patrick F. Lennon
                      LENNON, MURPHY & LENNON, LLC
                      The Gray Bar Building
                      420 Lexington Ave., Suite 300
                      New York, NY 10170
                      (212) 490-6050
                      facsimile (212) 490-6070
                      nrs@lenmur.com
                      pfl@lenmur.com