UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
PACIFIC BULK SHIPPING LTD.,

              Plaintiff,                    08 Civ. _____

   - against -                             ECF CASE

PT DHARMA ROSADI INTERNASIONAL a/k/a
PT DHARMA ROSADI INTERNATIONAL; and
OMEGA NOBLE INTERNATIONAL LTD.,

              Defendants.
------------------------------------------------------------------X

**ORDER APPOINTING SPECIAL PROCESS**
**SERVER PURSUANT TO F.R.C.P. RULE 4(c)**

     An application having been made by counsel for Plaintiff for an Order Appointing a Special Process Server pursuant to Rule 4(c) of the Federal Rules of Civil Procedure,

     NOW, on reading and filing the Affidavit of Nancy R. Siegel, sworn to on July 16, 2008, and good cause shown having been shown, it is hereby

     ORDERED that Patrick F. Lennon, Kevin J. Lennon, Charles E. Murphy, Nancy R. Siegel, Coleen A. McEvoy or any other partner, associate, paralegal or agent of Lennon, Murphy & Lennon, LLC, including Gotham Process Servers, be, and is hereby, appointed, in addition to the United States Marshal, to serve the Process of Attachment and Garnishment and the Verified Complaint, together with any interrogatories, upon the garnishee(s), together with any other garnishee(s) who (based upon information developed subsequent hereto by the Plaintiff) may hold assets of, for or on account of, Defendants.

Dated: New York, NY
       July 18, 2008

                                                    U.S.D.J.